UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                Criminal No. 06-cr-186-01-PB

<u>Joyce Ross</u>


      The defendant has moved to continue the July 8, 2008 trial in the above case.  Defendant cites the need for additional time to complete exchange of discovery, investigate and prepare case, litigate legal issues and engage in plea negotiation discussions.  The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to complete their efforts to negotiate a non-trial disposition or otherwise prepare for trial or other disposition of the case, the court will continue the trial from July 8, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until August 26, 2008 at 4:15 PM.

SO ORDERED.


June 30, 2008                                  /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge


cc:     Mark Irish, Esq.
        Jessica Brown, Esq.
        U. S. Probation
        U. S. Marshal